IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARVIN KNIGHT,

    Plaintiff,

v.                                                                                                                                     CASE NO. 4:04-cv-00109-MP-AK

JAMES MCDONOUGH,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner Knight's petition for writ of habeas corpus, Doc. 1, be denied, and this case be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Thursday, March 22, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were filed.

The Court agrees with the Magistrate that grounds raised by Petitioner in attacking his state-court convictions are without merit. Because Petitioner's sentence was not increased during re-sentencing, but rather decreased, there is no arguable double jeopardy violation. Also, because Petitioner did not fairly present his <u>Apprendi</u> claim to the state court for review, this claim is procedurally defaulted, and Petitioner cannot meet the requirements for overcoming that default. Since Petitioner is not entitled to habeas relief, the Court agrees with the Magistrate that the petition for writ of habeas corpus must be denied, and this case dismissed with prejudice.

Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

> **ORDERED AND ADJUDGED:**
>
> 1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.
>
> 2. The petition for writ of habeas corpus, Doc. 1, is DENIED, and this case is DISMISSED WITH PREJUDICE.
>
> **DONE AND ORDERED** this  *30th* day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
